# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| ALPHONSO MORRISON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:12CV150 |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | | |
| Defendant(s). | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 9, 2013 Order.

January 9, 2013

Frank G. Johns, Clerk
United States District Court