# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Alphonso Ravon Morrison,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:12-cv-00150-RLV |
| | ) | |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 21, 2015 Order.

October 21, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court